

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Rosa Linnea Redman,

\* From the 132nd District Court
  of Scurry County,
  Trial Court No. 10958.

Vs. No. 11-22-00057-CR

\* July 7, 2023

The State of Texas,

\* Memorandum Opinion by Trotter, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment to reflect that the "Statute for [the] Offense" for which Rosa Linnea Redman was convicted is "Texas Health and Safety Code § 481.115(a), (c)." As modified, we affirm the judgment of the trial court.